IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COLBRO SHIP MANAGEMENT COMPANY LTD. | * |
| Plaintiff | * Civil No. 98-1052(SEC) |
| v. | * |
| UNITED STATES OF AMERICA | * |
| Defendant | * |

************************************

## JUDGMENT

Pursuant to the opinion and order of even date, the decision of the United States Coast Guard Commandant is hereby **AFFIRMED** and this case **DISMISSED** with prejudice. Judgement is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3d day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)