## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

COLBRO SHIP MANAGEMENT
COMPANY, LTD.
    Plaintiff

          v.

UNITED STATES OF AMERICA
    Defendant

**Civil No. 98-1052(SEC)**

*RECEIVED & FILED*
*00 FEB 24 AM 8:51*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 28** "Motion to Withdraw Legal Representation" | **Granted**. Plaintiff will have **thirty (30) days** to retain new counsel. |

DATE: February 22, 2000

SALVADOR E. CASELLAS
United States District Judge

